IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and<br>BARBARA BARBER,<br><br>        Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY,<br>INC., SPORTING GOODS<br>PROPERTIES, INC., and<br>E.I. DuPONT DE NEMOURS<br>AND COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: CV-12-43-BU-DLC |

**WAIVER OF SERVICE OF SUMMONS**

BY:   Robert M. Carlson
       CORETTE POHLMAN & KEBE
       129 West Park Street
       P.O. Box 509
       Butte, MT 59703
       Telephone: 406-782-5800
       Facsimile: 406-723-8919
       Email: bcarlson@cpklawmt.com

       Dale G. Wills
       Swanson, Martin & Bell, LLP
       330 North Wabash Avenue
       Chicago, IL 60611
       Telephone: 312-321-9100
       Facsimile: 312-321-0990
       Email: dwills@smbtrials.com

1

The Defendants Remington Arms Company, ~~Inc.~~ LLC, Sporting Goods Properties, Inc., and E.I. DuPont De Nemours and Company (collectively "Defendants") acknowledge receipt of a copy of the Complaint for the Plaintiffs and a request that the Defendants waive service of a Summons in the case of *Richard Barber and Barbara Barber, Plaintiffs v. Remington Arms Company, Inc., Sporting Goods Properties, Inc., and E.I. DuPont De Nemours and Company, Defendants,* United States District Court for the District of Montana, Butte Division, Case Number CV-12-43-BU-DLC.

I agree to accept service of a Summons and the Complaint for the Plaintiffs and waive the requirement Remington Arms Company, ~~Inc.~~ LLC, Sporting Goods Properties, Inc., and E.I. DuPont De Nemours and Company be served with judicial process in the manner provided by Fed.R.Civ.P. 4.

Remington Arms Company, ~~Inc.~~ LLC, Sporting Goods Properties, Inc., and E.I. DuPont De Nemours and Company will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the Summons.

I understand that a judgment may be entered against Remington Arms Company, ~~Inc.~~ LLC, Sporting Goods Properties, Inc., and E.I. DuPont De Nemours and Company if an Answer or Motion under Fed.R.Civ.P. 12 is not served upon

Plaintiff's counsel within 60 days after July 5, 2012.

Dated this 5th day of July, 2012.

*Dale S. Wills*
Dale G. Wills
Swanson, Martin & Bell, LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: 312-321-9100
Facsimile: 312-321-0990
Email: dwills@smbtrials.com

-and-

Robert M. Carlson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, MT 59703
Telephone: 406-782-5800
Facsimile: 406-723-8919
Email: bcarlson@cpklawmt.com

*Attorneys for Defendants Remington Arms Company, Inc. LLC, Sporting Goods Properties, Inc., and E.I. DuPont De Nemours and Company*