## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
For The District of Montana

**Patrick Duffy**
Clerk of Court



**Beth Conley**
Chief Deputy Clerk

**Date:** July 24, 2012

In Re: Improper Signature

Document: Waiver of Service of Summons

Document Number: 6

Date Filed: July 24, 2012

Case Number: CV-12-43-BU-DLC

Dear Robert M. Carlson:

The signature on the above document does not comply with Local Rules or the Administrative Procedures Manual.

○ This notice is for your information for future filings, the document does not need to be re-filed.

⦿ **ACTION REQUIRED!** An amended document properly signed must be filed.

Please consult the Local Rules and the Administrative Procedures Manual to ensure that any future filings are properly signed. If I may be of assistance after reviewing these documents, please do not hesitate to contact me.

Sincerely,

/s/ Erica Larson
Case Manager

Telephone: (406) 497-1279
E-Mail: Erica_Larson@mtd.uscourts.gov
Website: www.mtd.uscourts.gov