Robert M. Carlson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, Montana  59703
(406) 782-5800
(406) 723-8919 – Fax
bcarlson@cpklawmt.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| RICHARD BARBER and BARBARA BARBER,   )<br>       )<br>            Plaintiffs,   )<br>       )<br>      v.    )<br>       )<br>REMINGTON ARMS COMPANY, INC.,   )<br>SPORTING GOODS PROPERTIES, INC.,   )<br>and E.I. DU PONT DE NEMOURS AND   )<br>COMPANY,   )<br>       )<br>            Defendants.   )<br>_____ | No. CV-12-43-BU-DLC<br><br>**DEFENDANTS' NOTICE OF FILING EXHIBITS** |

Defendants REMINGTON ARMS COMPANY, LLC (formerly "Remington Arms Company, Inc." and hereinafter "Remington"), SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, by their undersigned attorney, give notice that the following exhibits attached to their

Motion to Dismiss [ECF No. 8] have been physically filed with the Court pursuant to D. MONT. L.R. 1.4(f)(2):

    Ex. F    DVD of 2010 CNBC Program "Remington Under Fire"

    Ex. I    Remington 2010 Video Response to CNBC's "Remington Under Fire"

DATED this 4th day of September, 2012.

                                          s/ Robert M. Carlson
                                          Corette Pohlman & Kebe
                                          Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2012, a copy of the foregoing document was served on the following persons by the following means: 1, 2 and 3 by and through the Electronic Case Filing System.

1.    Clerk, U.S. District Court

2.    Richard Ramler
      Ramler Law Office, P.C.
      202 West Madison Avenue
      Belgrade, MT 59714
      RichardRamler@aol.com

3.    Jon D. Robinson
      BOLEN, ROBINSON & ELLIS, LLP
      202 South Franklin Street, 2nd Floor
      Decatur, IL 62523
      jrobinson@brelaw.com

                                          /s/ *Robert M. Carlson*
                                          Corette Pohlman & Kebe
                                          **Attorneys for Defendants**