Robert M. Carlson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, Motana  59703
(406) 782-5800
(406) 723-8919 – Fax
bcarlson@cpklawmt.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | ) ) ) | No. CV-12-43-BU-DLC |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

_____

Defendants REMINGTON ARMS COMPANY, LLC (formerly "Remington Arms Company, Inc." and hereinafter "Remington"), SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, by their undersigned attorney, hereby submit their Corporate Disclosure Statement pursuant to Fed. R. Civ. Rule 7.1

1.  E. I. duPont de Nemours and Company, whose place of incorporation and principal place of business is Delaware, has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2.  Sporting Goods Properties, Inc.'s place of incorporation and principal place of business is Delaware. Its parent corporation is E. I. duPont de Nemours and Company, a publicly held corporation.

3.  Remington Arms Company, LLC's place of incorporation is Delaware and principal place of business is North Carolina. Its parent corporation is Freedom Group, Inc. and no publicly held corporation owns 10% or more of its stock.

DATED this 4th day of September, 2012.

s/ Robert M. Carlson  
Corette Pohlman & Kebe  
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2012, a copy of the foregoing document was served on the following persons by the following means: 1, 2 and 3 by and through the Electronic Case Filing System.

1. Clerk, U.S. District Court

2. Richard Ramler
   Ramler Law Office, P.C.
   202 West Madison Avenue
   Belgrade, MT 59714
   RichardRamler@aol.com

3. Jon D. Robinson
   BOLEN, ROBINSON & ELLIS, LLP
   202 South Franklin Street, 2nd Floor
   Decatur, IL 62523
   jrobinson@brelaw.com

        /s/ *Robert M. Carlson*
        Corette Pohlman & Kebe
        **Attorneys for Defendants**