IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | ) ) ) | CV 12-43-BU-DLC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E.I. DuPONT DE NEMOURS AND COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendants having filed an unopposed motion for an extension of time to file their response to the First Amended Complaint,

IT IS HEREBY ORDERED that the motion (doc. 14) is GRANTED. Defendants shall have up to and including October 19, 2012, within which to file a response to Plaintiffs' First Amended Complaint.

Dated this 26th day of September 2012.

_____
Dana L. Christensen, District Judge
United States District Court