Robert M. Carlson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH   :  406-782-5800
FAX  :  406-723-8919
bcarlson@cpklawmt.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | * * * | No. CV-12-43-BU-DLC |
| Plaintiffs, | * | **DEFENDANTS' MOTION TO** |
| v. | * * | **STAY AND TO POSTPONE** **SCHEDULING CONFERENCE** |
| REMINGTON ARMS CO., INC., SPORTING GOODS PROPERTIES, INC., and E. I. DuPONT DE NEMOURS & CO., | * * * * * | |
| Defendants. | * | |

Defendants Remington Arms Co. LLC (formerly Remington Arms Co., Inc., hereinafter "Remington"), Sporting Goods Properties, Inc., and E.I. DuPont de Nemours & Co. (collectively "defendants"), by and through their undersigned attorney, move the Court for an Order postponing the scheduling conference set for October 30, 2012, staying the deadlines set forth in the Court's Order dated October 1, 2012 (Doc. 16), and staying discovery in this matter.

Defendants further request that, due to the pressing deadlines, the Court enter an Order shortening plaintiffs' time to respond to this motion, and requiring any such response be filed by October 9, 2012.

Counsel for defendants have contacted counsel for plaintiffs and have been advised that plaintiffs object to this motion.

This motion is supported by the brief filed contemporaneously herewith.

DATED this 4th day of October, 2012.

> Respectfully submitted,
>
> s/ *Robert M. Carlson*
> Corette Pohlman & Kebe
> Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2012, a copy of the foregoing document was served on the following persons by the following means:

 1, 2 and 3 by and through the Electronic Case Filing System.

1. Clerk, U.S. District Court

2. Richard Ramler
   Ramler Law Office, P.C.
   202 West Madison Avenue
   Belgrade, MT 59714
   RichardRamler@aol.com

3. Jon D. Robinson
   BOLEN, ROBINSON & ELLIS, LLP
   202 South Franklin Street, 2nd Floor
   Decatur, IL 62523
   jrobinson@brelaw.com

                                               /s/ *Robert M. Carlson*
                                               Corette Pohlman & Kebe
                                               Attorneys for Defendants