FILED

OCT 04 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | ) ) ) | CV 12-43-BU-DLC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E. I. DuPONT DE NEMOURS AND COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Given the deadlines set in this Court's Scheduling Order dated October 1, 2012, IT IS HEREBY ORDERED that Plaintiffs shall file a response to Defendants' Motion to Stay and to Postpone Scheduling Conference (doc. 17) no later than October 9, 2012.

Dated this 4th day of October 2012.

Dana L. Christensen, District Judge
United States District Court