

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | ) ) ) ) | CV 12-43-BU-DLC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E. I. DuPONT DE NEMOURS AND COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendants have filed an unopposed motion to extend the time within which they must respond to Plaintiffs' First Request for Production.

IT IS HEREBY ORDERED that the motion (doc. 31) is DENIED. The parties are free to stipulate to the extension among themselves, but the Court will not issue an order extending discovery deadlines.

Dated this 2nd day of January 2013.

Dana L. Christensen, District Judge
United States District Court