Robert M. Carlson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, Motana  59703
(406) 782-5800
(406) 723-8919 – Fax
bcarlson@cpklawmt.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | ) ) ) | No. CV-12-43-BU-DLC |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **DEFENDANTS' SUPPLEMENTAL RULE 7.1 CORORATE DISCLOSURE STATEMENT** |
| REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

_____

Defendants REMINGTON ARMS COMPANY, LLC (formerly "Remington Arms Company, Inc." and hereinafter "Remington"), SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, by their undersigned attorney, hereby submit their Supplemental Corporate Disclosure Statement pursuant to Fed. R. Civ. Rule 7.1

1.      E. I. duPont de Nemours and Company, whose place of incorporation and principal place of business is Delaware, has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2.      Sporting Goods Properties, Inc.'s place of incorporation and principal place of business is Delaware. Its parent corporation is E. I. duPont de Nemours and Company, a publicly held corporation.

3.      Remington Arms Company, LLC is a Delaware limited liability company with its principal place of business in North Carolina.  The sole member of Remington Arms Company, LLC is FGI Operating Company, LLC and no publicly traded corporation owns 10% or more of its stock.

DATED this 15th day of January, 2013.

s/ Robert M. Carlson
Corette Pohlman & Kebe
Attorneys for Defendants
