Robert M. Carlson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH    :  406-782-5800
FAX  :  406-723-8919
bcarlson@cpklawmt.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | * * * | No. CV-12-43-BU-DLC |
| Plaintiffs, | * | **DEFENDANTS' MOTION FOR** |
| v. | * | **PROTECTIVE ORDER** |
| | * | |
| REMINGTON ARMS CO., INC., SPORTING GOODS PROPERTIES, INC., and E. I. DuPONT DE NEMOURS & CO., | * * * * * | |
| Defendants. | * | |

Defendants Remington Arms Company, LLC (formerly "Remington Arms Company, Inc." hereinafter "Remington"), Sporting Goods Properties, Inc., and E.I. DuPont de Nemours & Co., (collectively "defendants"), by and through their undersigned attorney, move the Court pursuant to Federal Rule of Civil Procedure 26(c)(1) for a Protective Order:

(1) Staying further discovery from defendants pending the Court's resolution of defendants' fully-briefed Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 23),

or, alternatively,

(2) Limiting the scope of permissible discovery from defendants to information and documents relevant to plaintiffs' defamation claim.

Counsel for defendants certifies that pursuant to Federal District Court Local Rule 26.3(c)(1), he has conferred with counsel for plaintiffs in an attempt to resolve this matter without court action.

This motion is supported by the brief filed contemporaneously herewith.

DATED this 21st day of January, 2013.

s/ *Robert M. Carlson*
Corette Pohlman & Kebe
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2013, a copy of the foregoing document was served on the following persons by the following means:

 1, 2 and 3  by and through the Electronic Case Filing System.

1. Clerk, U.S. District Court

2. Richard Ramler
   Ramler Law Office, P.C.
   202 West Madison Avenue
   Belgrade, MT 59714
   RichardRamler@aol.com

3. Jon D. Robinson

DEFENDANTS' MOTION FOR PROTECTIVE ORDER                              2

BOLEN, ROBINSON & ELLIS, LLP
202 South Franklin Street, 2nd Floor
Decatur, IL 62523
jrobinson@brelaw.com

                                           /s/ *Robert M. Carlson*
                                           Corette Pohlman & Kebe
                                           **Attorneys for Defendants**