IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD BARBER and BARBARA BARBER, | ) ) ) | CV 12-43-BU-DLC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E. I. DuPONT DE NEMOURS AND COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Before the Court is Plaintiffs' motion to alter or amend the judgment in this case, which will be construed, jointly, as a motion for leave to file a motion for reconsideration, which is required under Local Rule 7.3, and a motion for reconsideration.

-1-

Plaintiffs argue that the Court should reconsider its judgment because the applicable public policy, which contributed to a small part of the Court's opinion, is materially different from the law that the parties have presented to the Court thus far. The Court is willing to entertain argument on this issue.

IT IS ORDERED that Defendants shall file a response to Plaintiffs' motion (doc. 38) no later than March 8, 2013. Plaintiffs' reply brief shall be filed no later than March 15, 2013.

Dated this 21st day of February 2013.

_____
Dana L. Christensen, District Judge
United States District Court