Richard A. Ramler
Ramler Law Office, P.C.
202 West Madison
Belgrade, MT   59714
Telephone (406) 388-0150
Telefax (406) 388-6842
RichardRamler@aol.com

Jon D. Robinson
Bolen, Robinson & Ellis, LLP
202 South Franklin Street, 2nd Floor
Decatur, IL  62523
Telephone (217) 429-4296
Telefax (217) 329-0034
jrobinson@brelaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RICHARD BARBER and BARBARA BARBER, | Cause No. 2:12-cv-00043-BU-DLC |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., And E.I. DuPONT DE NEMOURS AND COMPANY, | |
| Defendants. | |

Plaintiffs, Richard Barber and Barbara Barber, appeal to the United States Court of Appeals for the Ninth Circuit from the Order [Doc. No. 37] entered in this case on February 11, 2013, granting Defendants' Motion to Dismiss the First Amended Complaint [Doc. No. 23].

Plaintiffs filed their Motion to Alter or Amend Judgment ("Plaintiffs' Motion") [Doc. No. 38] pursuant to Fed. R. Civ. P. 59(e) on February 21, 2013. The Court entered its Order denying Plaintiffs' Motion on March 21, 2013 [Doc. No. 42].

Plaintiffs' Notice of Appeal is filed pursuant to Fed. R. App. P. 4.

Dated this 19th day of April, 2013.

    Ramler Law Office, P.C.

    By: /s/ Richard A. Ramler
    Richard A. Ramler


    Bolen Robinson & Ellis, LLP

    By:  /s/ Jon D. Robinson
    Jon D. Robinson


    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2013, a copy of the foregoing document was served on the following persons by and through the Electronic Case Filing System.

    Clerk, U.S. District Court

    Robert M. Carlson
    Corette Pohlman & Kebe
    129 West Park
    P.O. Box 509
    Butte, Montana 59703

    Ramler Law Office, P.C.

    By: /s/ Richard A. Ramler
    Richard A. Ramler

    Attorney for Plaintiffs