UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD BARBER; BARBARA BARBER,<br><br>          Plaintiffs - Appellants,<br><br> v.<br><br>REMINGTON ARMS COMPANY, INC.; SPORTING GOODS PROPERTIES, INC.; E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>          Defendants - Appellees. | No. 13-35336<br><br>D.C. No. 2:12-cv-00043-DLC<br>U.S. District Court for Montana, Butte<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., April 29, 2013** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., May 20, 2013** | Transcript shall be ordered. |
| **Tue., June 18, 2013** | Transcript shall be filed by court reporter. |
| **Mon., July 29, 2013** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. |

       R. 32-1.

**Wed., August 28, 2013**  Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

              FOR THE COURT:
              Molly C. Dwyer
              Clerk of Court

              Gerald Rosen
              Deputy Clerk