Richard A. Ramler
Ramler Law Office, P.C.
202 West Madison
Belgrade, MT   59714
Telephone (406) 388-0150
Telefax (406) 388-6842
RichardRamler@aol.com

Jon D. Robinson
Bolen, Robinson & Ellis, LLP
202 South Franklin Street, 2nd Floor
Decatur, IL  62523
Telephone (217) 429-4296
Telefax (217) 329-0034
jrobinson@brelaw.com

Attorneys for Plaintiffs - Appellants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RICHARD BARBER and BARBARA BARBER,<br><br>Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, INC., SPORTING GOODS PROPERTIES, INC., And E.I. DuPONT DE NEMOURS AND COMPANY,<br><br>Defendants. | Cause No. 2:12-cv-00043-BU-DLC<br><br>**PLAINTIFFS-APPELLANTS NOTICE OF NO TRANSCRIPT** |

NOTICE IS HEREBY GIVEN, that there were no hearings, trials, or other proceedings which were recorded in this action.  Therefore, there is no transcript to order for the appeal.

Dated this 26th day of April, 2013.

>Ramler Law Office, P.C.
>
>By: /s/ Richard A. Ramler
>Richard A. Ramler
>
>Attorney for Plaintiffs - Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2013, a copy of the foregoing document was served on the following persons by and through the Electronic Case Filing System.

    Clerk, U.S. District Court

    Robert M. Carlson
    Corette Pohlman & Kebe
    129 West Park
    P.O. Box 509
    Butte, Montana 59703

    Ramler Law Office, P.C.

    By: /s/ Richard A. Ramler
    Richard A. Ramler

    Attorney for Plaintiffs-Appellants